RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 09/19/07

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| Ronnie De La Fosse | Civil Action 05-1009 |
| versus | Judge Tucker L. Melançon |
| Commissioner of Social Security | Magistrate Judge Methvin |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for Report and Recommendation. No objections have been filed. After an independent review of the record and the applicable jurisprudence, this Court concludes that the Report and Recommendation of the magistrate judge are correct and therefore adopts the conclusions set forth therein.

Accordingly, IT IS ORDERED that the Commissioner's previous administrative decision is REVERSED and that De La Fosse is awarded benefits consistent with an onset date of May 21, 2001.

THUS DONE AND SIGNED in Lafayette, Louisiana, on this 19th day of September, 2007

_____
Tucker L. Melançon
United States District Judge